No. 729, Misc.   PEGUESE *v.* FAY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 734, Misc.   ROSS *v.* DELTA DRILLING Co.   C. A. 5th Cir.   Certiorari denied.

No. 737, Misc.   DE LUCIA *v.* YEAGER, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 763, Misc.   SHIELDS *v.* MISSOURI.   Sup. Ct. Mo. Certiorari denied.   *Julian C. Jaeckel* for petitioner.

No. 780, Misc.   PUCKETT *v.* TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.   Petitioner *pro se.   George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 786, Misc.   MATLOCK *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 801, Misc.   CORCORAN *v.* YORTY ET AL.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Roger Arnebergh* and *Bourke Jones* for respondents.

No. 533, Misc.   CLARK *v.* ILLINOIS, *ante,* p. 910. Petition for rehearing denied.

No. 281.   SHAKESPEARE ET AL. *v.* CITY OF PASADENA, *ante,* p. 39.   Motion to dispense with printing petition for rehearing granted.   Petition for rehearing denied.